IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:18-cr-00035-004 LJO |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DOMINIC ADAMS, | |
| Defendant. | |

Application having been made and good cause appearing,

**IT IS HEREBY ORDERED** that the HEARING held on APRIL 30, 2018 in this case be unsealed for the purposes of transcription.

**IT IS FURTHER ORDERED** that the transcript be delivered to counsel for Mr. Adams, Kristi A. Hughes, and if filed, it be filed *Under Seal,* along with this Order and attached Request and not be made part of the public record in this case.

IT IS SO ORDERED.

Dated: **September 11, 2019**         /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE