# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIC ADAMS,<br><br>Defendant. | Case No.  1:18-CR-00035-JLT-SKO-5<br><br>ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S PENDING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 |

Defendant Dominic Adams filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 on May 10, 2022.  (Doc. 270.)  Adams simultaneously filed a motion requesting appointment of counsel, which was denied.  Having reviewed the motion, the Court would be aided by further briefing and thereby sets the following schedule: the government will have 90 days from the date of this Order to submit an opposition to the motion, after which Adams will have 45 days to file a reply.  If additional time is needed, either party may submit a status report requesting amended deadlines.

IT IS SO ORDERED.

Dated:   **January 4, 2023**

UNITED STATES DISTRICT JUDGE

1